**Robert E. Barton**, OSB #814637
E-mail: bob.barton@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RYAN BARTLETT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST STUDENT, INC., a Delaware corporation, and CLARENCE D. HAWS, an individual,<br><br>　　　　　　Defendants. | Case No.: _____<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>DEMAND FOR JURY TRIAL |

**TO:   CLERK OF THE COURT**

　　PLEASE TAKE NOTICE THAT defendants First Student, Inc., and Clarence D. Haws ("Defendants") hereby remove to this Court the state action described below:

　　1.　　On or about October 29, 2020, an action was filed in the Circuit Court of the state of Oregon for the county of Multnomah entitled *Ryan Bartlett, an Individual vs. First*

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**NOTICE OF REMOVAL TO FEDERAL COURT
Page 1**

*Student, Inc., a Delaware corporation, and Clarence D. Haws, an individual*, case number 20CV38368.  True and correct copies of the summonses and complaint are attached hereto as **Exhibit 1**.

2.   This action is a civil action over which this Court has original jurisdiction pursuant to 28 USC §1332, and is one that may be removed to this Court by Defendants pursuant to 28 USC §1441(b) because:

   a.   At all relevant times, upon information and belief plaintiff Ryan Bartlett's state of residence is Oregon.  The complaint does not allege where she is a resident.

   b.   At all relevant times, defendant Clarence D. Haws was and is a resident of the state of Washington.

   c.   At all relevant times, defendant First Student, Inc., was and is a business incorporated in the state of Ohio.

   d.   Plaintiff seeks $920,000 in damages.

3.   Removal is timely pursuant to 28 USC §1446(b) because the complaint was served on defendant First Student, Inc. on November 9, 2020.

4.   All defendants have consented to filing the removal.

5.   This is the district and division embracing the place where the state court action is pending (Multnomah County Circuit Court).

6.   No other proceedings have occurred, and no other documents have been served in the state court action other than the service of summonses and complaint, as referenced above.  A copy of the docket in the state court action is attached as **Exhibit 2.**

**Bullivant|Houser|Bailey PC**

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**NOTICE OF REMOVAL TO FEDERAL COURT**
**Page 2**

7. In filing this notice, Defendants do not waive any defenses or claims including, but not limited to, any defenses based on jurisdiction, service or statute of limitations.

8. Defendants hereby Demand a Jury Trial.

DATED:  November 11, 2020

                                      BULLIVANT HOUSER BAILEY PC

By _____
     **Robert E. Barton, OSB #814637**
     Telephone: 503.228.6351
     Attorneys for Defendants

4818-4130-8112.1 29213/00145

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

NOTICE OF REMOVAL TO FEDERAL COURT
**Page 3**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November 2020, I caused to be served the foregoing NOTICE OF REMOVAL TO FEDERAL COURT on the following party at the following address:

> Jason Kafoury
> Kafoury & McDougal
> 411 SW Second Ave., Ste. 200
> Portland, OR 97204
> Fax No.: (503) 224-2673
> Email: jkafoury@kafourymcdougal.com
> *Of Attorneys for Plaintiff*

by:

☐ U.S. Postal Service, ordinary first-class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ Hand Delivery
☒ E-Service
☒ Other (specify)  Email

_____
Robert E. Barton, OSB #814637

4818-4130-8112.1 29213/00145